PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michelet Alexis                               Cr.: 04-CR-729-001

Name of Sentencing Judicial Officer: The Honorable Harold A. Ackerman

Date of Original Sentence: February 1, 2005

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: 3 years probation with special conditions of Home Confinement, Financial Disclosure, Restriction from Opening New Lines of Credit, DNA Testing, and Restitution.

Type of Supervision: Probation                              Date Supervision Commenced: 2/1/05

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of           Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

Alexis shall perform 40 hours of community service in a manner approved by the U.S. Probation Office. The offender will cooperate in allowing the U.S. Probation Office to confirm that the community service is complete.

## CAUSE

The offender failed to make restitution payments, and failed to submit Monthly Supervision Reports since November 2006. As a result of his non-compliance, the offender has agreed to a modification of his supervision conditions to include community service.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: 7/23/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/2/07
Date